# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heath Brian Fleisher<br>Cheri Jo Fleisher<br>    Debtors | BK NO. 18-02704 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PLANET HOME LENDING as servicer for Avail 1 LLC and index same on the master mailing list.

                   Respectfully submitted,


                 **/s/ James C. Warmbrodt, Esquire**
                 James C. Warmbrodt, Esquire
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 412-430-3594