```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-02704-HWV
Cheri Jo Fleisher                                                   Chapter 13
Heath Brian Fleisher
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh                Page 1 of 2          Date Rcvd: Aug 13, 2018
                             Form ID: ntcnfhrg            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db/jdb         +Cheri Jo Fleisher,    Heath Brian Fleisher,    161 Dellville Dam Road,
                 Shermans Dale, PA 17090-8209
5078236         Belco Community Credit Union,    PO Box 82,   Harrisburg, PA 17108-0082
5086843        +Belco Community Credit Union,    449 Eisenhower Blvd Ste 200,    Harrisburg, PA 17111-2301
5078235        +Belco Community Credit Union,    449 Eisenhower Road,    Harrisburg, PA 17111-2301
5078237         Beneficial Finance,    PO Box 17574,   Baltimore, MD 21297-1574
5078238         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
5078239         Bureau of Collections and Taxpayer,    PO Box 281041,    Harrisburg, PA 17128-1041
5078242         Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,   Camp Hill, PA 17011-7303
5078245         Drayer Physical Therapy Institute,    5300 Derry Street,    Harrisburg, PA 17111-3576
5078246        +Financial Recoveries,    200 E. Park Drive, Ste. 100,    Mount Laurel, NJ 08054-1297
5078247         Firstsource Advantage, LLC,    P.O. Box 628,   Buffalo, NY 14240-0628
5078248         I C Systems Collections,    P.O. Box 64378,   Saint Paul, MN 55164-0378
5078252         PA Dept. of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
5078254        +Planet Home Servicing,    321 Research Pkwy, Ste 303,    Meriden, CT 06450-8342
5087723        +SANTANDER CONSUMER USA,    P.O. Box 560284,   Dallas, TX 75356-0284
5078255         Santander Consumer,    P.O. Box 961245,   Terrell, TX 75161
5078256         Specialized Loan Servicing LLC,    PO Box 105219,    Atlanta, GA 30348-5219
5078257        +State Collection Service, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
5078258        +Tate & Kirlin Associates,    Suite 240,   580 Middletown Blvd,    Langhorne, PA 19047-1876
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5078240        +E-mail/Text: bnc-capio@quantum3group.com Aug 13 2018 19:07:29      Capio Partners,
                 2222 Texoma Parkway,    Sherman, TX 75090-2481
5078244         E-mail/PDF: creditonebknotifications@resurgent.com Aug 13 2018 19:11:37      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
5078249        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2018 19:11:38
                 LVNV Funding LLC   c/o Resurgent Cap,    P.O. Box 1269,    Greenville, SC 29602-1269
5078250        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2018 19:07:30      Midland Credit Management, Inc.,
                 2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
5078251        +E-mail/Text: Bankruptcies@nragroup.com Aug 13 2018 19:07:53      NTL Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5078589        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2018 19:24:43
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5080836         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2018 19:07:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
5078253        +E-mail/Text: CDuffy@pinnaclehealth.org Aug 13 2018 19:07:19      Pinnacle Health Hospitals,
                 PO Box 2353,    Harrisburg, PA 17105-2353
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5078243         Credit One
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5078241        ##+Commercial Acceptance,    2 W. Main Street,   Shiremanstown, PA 17011-6326
                                                                                TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
James   Warmbrodt    on behalf of Creditor   Avail 1 LLC bkgroup@kmllawgroup.com
Jerry A. Philpott    on behalf of Debtor 1 Cheri Jo Fleisher PhilpottJ@aol.com,
 campbellsk57@aol.com
Jerry A. Philpott    on behalf of Debtor 2 Heath Brian Fleisher PhilpottJ@aol.com,
 campbellsk57@aol.com
United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cheri Jo Fleisher,

**Debtor 1**

Heath Brian Fleisher,

**Debtor 2**

Chapter 13

Case No. 1:18–bk–02704–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 19, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 26, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 13, 2018 |

ntcnfhrg (03/18)