# PHILPOTT WILSON LLP

**24049**

| Employee | | | | | SSN | Status (Fed/State) | | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 05/26/2018 - 06/01/2018 | | | | Pay Date: 06/01/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Salary | 6:40 | | 78.98 | 4,739.18 | Vacation | | 0:37 | 6:40 | 29:34 |
| Holiday salary | 6:40 | | 78.99 | 394.95 | | | | | |
| Salary Vacation | 6:40 | | 78.99 | 78.99 | | | | | |
| Christmas bonus | | | 0.00 | 0.02 | | | | | |
| | 20:00 | | 236.96 | 5,213.14 | | | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -60.45 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -323.21 |
| Medicare Employee | -3.44 | -75.59 |
| PA - Withholding | -7.27 | -159.95 |
| PA - Unemployment Employee | -0.14 | -3.13 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.57 | -652.22 |

| Net Pay | 207.39 | 4,560.92 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 25:38 |

NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE
NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEG
LE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE
NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEG
LE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE
NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEG
LE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE
NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEG

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 05/19/2018 - 05/25/2018 | | | Pay Date: 05/25/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 4,660.20 |
| Holiday salary | | | 0.00 | 315.96 |
| Christmas bonus | | | 0.00 | 0.02 |
| | 20:00 | | 236.96 | 4,976.18 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -56.42 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -308.52 |
| Medicare Employee | -3.43 | -72.15 |
| PA - Withholding | -7.27 | -152.68 |
| PA - Unemployment Employee | -0.15 | -2.99 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.57 | -622.65 |

| Net Pay | 207.39 | 4,353.53 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 25:19 |
| Vacation | 0:37 | | 35:37 |

Philpott Wilson LLP, 227 No. High St., PO Box 116

Powered by **Intuit Payroll**

NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE
NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NE
NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE
NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NE
NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE
NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NON
NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 05/12/2018 - 05/18/2018 | | | Pay Date: 05/18/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 4,423.24 |
| Holiday salary | | | 0.00 | 315.96 |
| Christmas bonus | | | 0.00 | 0.02 |
| | 20:00 | | 236.96 | 4,739.22 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -52.39 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -293.83 |
| Medicare Employee | -3.44 | -68.72 |
| PA - Withholding | -7.27 | -145.41 |
| PA - Unemployment Employee | -0.14 | -2.84 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.57 | -593.08 |

| Net Pay | 207.39 | 4,146.14 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 25:00 |
| Vacation | 0:37 | | 35:00 |

Philpott Wilson LLP, 227 No. High St., PO Box 116

Powered by **Intuit Payroll**

NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE
NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEG
LE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE
NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEG
E · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE
NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEG
NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE

# PHILPOTT WILSON LLP

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 04/28/2018 - 05/04/2018 | | | Pay Date: 05/04/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 3,949.32 |
| Holiday salary | | | 0.00 | 315.96 |
| Christmas bonus | | | 0.00 | 0.02 |
| | 20:00 | | 236.96 | 4,265.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -44.33 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -264.45 |
| Medicare Employee | -3.44 | -61.85 |
| PA - Withholding | -7.27 | -130.87 |
| PA - Unemployment Employee | -0.14 | -2.56 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.57 | -533.95 |

| Net Pay | 207.39 | 3,731.35 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 24:22 |
| Vacation | 0:37 | | 33:46 |

Philpott Wilson LLP, 227 No. High St., PO Box 116

Powered by **Intuit Payroll**

NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 04/21/2018 - 04/27/2018 | | | Pay Date: 04/27/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 3,712.36 |
| Holiday salary | | | 0.00 | 315.96 |
| Christmas bonus | | | 0.00 | 0.02 |
| | 20:00 | | 236.96 | 4,028.34 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local - West Perry | | | -4.03 | -40.30 |
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | 0.00 | |
| Social Security Employee | | | -14.69 | -249.76 |
| Medicare Employee | | | -3.43 | -58.41 |
| PA - Withholding | | | -7.27 | -123.60 |
| PA - Unemployment Employee | | | -0.15 | -2.42 |
| Local - Susquenita | | | 0.00 | -29.89 |
| | | | -29.57 | -504.38 |

| Net Pay | | | 207.39 | 3,523.96 |
|---|---|---|---|---|

| Paid Time Off | | Earned | YTD Used | Available |
|---|---|---|---|---|
| Sick | | 0:19 | | 24:03 |
| Vacation | | 0:37 | | 33:09 |

Philpott Wilson LLP, 227 No. High St., PO Box 116

Powered by **Intuit Payroll**

**PHILPOTT WILSON LLP**

| Employee | | | | |
|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | |

| SSN | Status (Fed/State) |
|---|---|
| ***-**-3336 | Married/Withhold |
| Pay Period: 04/14/2018 - 04/20/2018 | |

| Allowances/Extra |
|---|
| Fed-1/0/PA-0/0 |
| Pay Date: 04/20/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 3,475.40 |
| Holiday salary | | | 0.00 | 315.96 |
| Christmas bonus | | | 0.00 | 0.02 |
| | 20:00 | | 236.96 | 3,791.38 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local - West Perry | | | -4.03 | -36.27 |
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | 0.00 | |
| Social Security Employee | | | -14.70 | -235.07 |
| Medicare Employee | | | -3.44 | -54.98 |
| PA - Withholding | | | -7.27 | -116.33 |
| PA - Unemployment Employee | | | -0.14 | -2.27 |
| Local - Susquenita | | | 0.00 | -29.89 |
| | | | -29.58 | -474.81 |

| Net Pay | | | 207.38 | 3,316.57 |
|---|---|---|---|---|

| Paid Time Off | | Earned | YTD Used | Available |
|---|---|---|---|---|
| Sick | | 0:19 | | 23:44 |
| Vacation | | 0:37 | | 32:32 |

Philpott Wilson LLP, 227 No. High St., PO Box 116

Powered by **Intuit Payroll**

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 03/31/2018 - 04/06/2018 | | Pay Date: 04/06/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 3,001.48 |
| Holiday salary | | | 0.00 | 315.96 |
| | 20:00 | | 236.96 | 3,317.44 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -28.21 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -205.68 |
| Medicare Employee | -3.43 | -48.10 |
| PA - Withholding | -7.27 | -101.78 |
| PA - Unemployment Employee | -0.14 | -1.99 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.56 | -415.65 |

| Net Pay | 207.40 | 2,901.79 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 23:06 |
| Vacation | 0:37 | | 31:18 |

Philpott Wilson LLP, 227 No. High St., PO Box 116

Powered by **Intuit Payroll**

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 03/24/2018 - 03/30/2018 | | Pay Date: 03/30/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 13:20 | 157.97 | | 2,764.52 |
| Holiday salary | 6:40 | 78.99 | | 315.96 |
| | 20:00 | 236.96 | | 3,080.48 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -24.18 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -190.99 |
| Medicare Employee | -3.44 | -44.67 |
| PA - Withholding | -7.27 | -94.51 |
| PA - Unemployment Employee | -0.14 | -1.85 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.57 | -386.09 |

| Net Pay | 207.39 | 2,694.39 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 22:47 |
| Vacation | 0:37 | | 30:41 |

# PHILPOTT WILSON LLP

**23956**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 03/17/2018 - 03/23/2018 | | | Pay Date: 03/23/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 2,606.55 |
| Holiday salary | | | 0.00 | 236.97 |
| | 20:00 | | 236.96 | 2,843.52 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Local - West Perry | | -4.03 | -20.15 |
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | 0.00 | |
| Social Security Employee | | -14.69 | -176.30 |
| Medicare Employee | | -3.43 | -41.23 |
| PA - Withholding | | -7.27 | -87.24 |
| PA - Unemployment Employee | | -0.15 | -1.71 |
| Local - Susquenita | | 0.00 | -29.89 |
| | | -29.57 | -356.52 |

| Net Pay | | 207.39 | 2,487.00 |
|---|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 22:28 |
| Vacation | 0:37 | | 30:04 |

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | Fed-1/0/PA-0/0 |
| | | | | | | Pay Period: 03/10/2018 - 03/16/2018 | Pay Date: 03/16/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 2,369.59 |
| Holiday salary | | | 0.00 | 236.97 |
| | 20:00 | | 236.96 | 2,606.56 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -16.12 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -161.61 |
| Medicare Employee | -3.44 | -37.80 |
| PA - Withholding | -7.27 | -79.97 |
| PA - Unemployment Employee | -0.14 | -1.56 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.57 | -326.95 |

| Net Pay | 207.39 | 2,279.61 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 22:09 |
| Vacation | 0:37 | | 29:27 |

Philpott Wilson LLP, 227 No. High St., PO Box 116           Powered by Intuit Payroll

NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE

# PHILPOTT WILSON LLP

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 03/03/2018 - 03/09/2018 | | | Pay Date: 03/09/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 2,132.63 |
| Holiday salary | | | 0.00 | 236.97 |
| | 20:00 | | 236.96 | 2,369.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -12.09 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.70 | -146.92 |
| Medicare Employee | -3.44 | -34.36 |
| PA - Withholding | -7.27 | -72.70 |
| PA - Unemployment Employee | -0.14 | -1.42 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.58 | -297.38 |

| Net Pay | 207.38 | 2,072.22 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 21:50 |
| Vacation | 0:37 | | 28:50 |

Case 1:18-bk-02704-HWV    Doc 16    Filed 08/17/18    Entered 08/17/18 11:06:07    Desc

Philpott Wilson LLP, 227 No. High St., PO Box 116    Main Document    Page 17 of 38    Powered by **Intuit Payroll**

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 02/24/2018 - 03/02/2018 | | Pay Date: 03/02/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 1,895.67 |
| Holiday salary | | | 0.00 | 236.97 |
| | 20:00 | | 236.96 | 2,132.64 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -8.06 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -132.22 |
| Medicare Employee | -3.43 | -30.92 |
| PA - Withholding | -7.27 | -65.43 |
| PA - Unemployment Employee | -0.14 | -1.28 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.56 | -267.80 |

| Net Pay | 207.40 | 1,864.84 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 21:31 |
| Vacation | 0:37 | | 28:13 |

Philpott Wilson LLP, 227 No. High St., PO Box 116

Powered by **Intuit Payroll**

# PHILPOTT WILSON LLP

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 02/17/2018 - 02/23/2018 | | | Pay Date: 02/23/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 13:20 | | 157.97 | 1,658.71 |
| Holiday salary | 6:40 | | 78.99 | 236.97 |
| | 20:00 | | 236.96 | 1,895.68 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - West Perry | -4.03 | -4.03 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -117.53 |
| Medicare Employee | -3.44 | -27.49 |
| PA - Withholding | -7.27 | -58.16 |
| PA - Unemployment Employee | -0.14 | -1.14 |
| Local - Susquenita | 0.00 | -29.89 |
| | -29.57 | -238.24 |

| Net Pay | 207.39 | 1,657.44 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 21:12 |
| Vacation | 0:37 | | 27:36 |

NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE
NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE
NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIA
NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON
OTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIA
· NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON
OTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIABLE · NON-NEGOTIA

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 02/10/2018 - 02/16/2018 | | | Pay Date: 02/16/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 1,500.74 |
| Holiday salary | | | 0.00 | 157.98 |
| | 20:00 | | 236.96 | 1,658.72 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.27 | -29.89 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -102.84 |
| Medicare Employee | -3.43 | -24.05 |
| PA - Withholding | -7.27 | -50.89 |
| PA - Unemployment Employee | -0.15 | -1.00 |
| | -29.81 | -208.67 |

| Net Pay | 207.15 | 1,450.05 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 20:53 |
| Vacation | 0:37 | | 26:59 |

Case 1:18-bk-02704-HWV    Doc 16    Filed 08/17/18    Entered 08/17/18 11:06:07    Desc

Philpott Wilson LLP, 227 No. High St., PO Box 116     Main Document     Page 22 of 38     Powered by **Intuit Payroll**

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 02/03/2018 - 02/09/2018 | | | Pay Date: 02/09/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 1,263.78 |
| Holiday salary | | | 0.00 | 157.98 |
| | 20:00 | | 236.96 | 1,421.76 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.27 | -25.62 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -88.15 |
| Medicare Employee | -3.44 | -20.62 |
| PA - Withholding | -7.27 | -43.62 |
| PA - Unemployment Employee | -0.14 | -0.85 |
| | -29.81 | -178.86 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 207.15 | 1,242.90 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 20:34 |
| Vacation | 0:37 | | 26:22 |

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 01/27/2018 - 02/02/2018 | | | Pay Date: 02/02/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 1,026.82 |
| Holiday salary | | | 0.00 | 157.98 |
| | 20:00 | | 236.96 | 1,184.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.27 | -21.35 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -73.46 |
| Medicare Employee | -3.44 | -17.18 |
| PA - Withholding | -7.27 | -36.35 |
| PA - Unemployment Employee | -0.14 | -0.71 |
| | -29.81 | -149.05 |

| Net Pay | 207.15 | 1,035.75 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 20:15 |
| Vacation | 0:37 | | 25:45 |



# PHILPOTT WILSON LLP

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | Fed-1/0/PA-0/0 |
| | | | | | | Pay Period: 01/20/2018 - 01/26/2018 | Pay Date: 01/26/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 789.86 |
| Holiday salary | | | 0.00 | 157.98 |
| | 20:00 | | 236.96 | 947.84 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.27 | -17.08 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.70 | -58.77 |
| Medicare Employee | -3.43 | -13.74 |
| PA - Withholding | -7.27 | -29.08 |
| PA - Unemployment Employee | -0.14 | -0.57 |
| | -29.81 | -119.24 |

| Net Pay | 207.15 | 828.60 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 19:56 |
| Vacation | 0:37 | | 25:08 |

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 01/13/2018 - 01/19/2018 | | | Pay Date: 01/19/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 13:20 | | 157.97 | 552.90 |
| Holiday salary | 6:40 | | 78.99 | 157.98 |
| | 20:00 | | 236.96 | 710.88 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Local - Susquenita | | -4.27 | -12.81 |
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | 0.00 | |
| Social Security Employee | | -14.69 | -44.07 |
| Medicare Employee | | -3.44 | -10.31 |
| PA - Withholding | | -7.27 | -21.81 |
| PA - Unemployment Employee | | -0.15 | -0.43 |
| | | -29.82 | -89.43 |

| Net Pay | | 207.14 | 621.45 |
|---|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 19:37 |
| Vacation | 0:37 | | 24:31 |

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | | Pay Period: 01/06/2018 - 01/12/2018 | | Pay Date: 01/12/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 236.96 | 394.93 |
| Holiday salary | | | 0.00 | 78.99 |
| | 20:00 | | 236.96 | 473.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.27 | -8.54 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -29.38 |
| Medicare Employee | -3.43 | -6.87 |
| PA - Withholding | -7.27 | -14.54 |
| PA - Unemployment Employee | -0.14 | -0.28 |
| | -29.80 | -59.61 |

| Net Pay | 207.16 | 414.31 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 19:18 |
| Vacation | 0:37 | | 23:54 |

Case 1:18-bk-02704-HWV   Doc 16   Filed 08/17/18   Entered 08/17/18 11:06:07   Desc

Philpott Wilson LLP, 227 No. High St., PO Box 116   Main Document   Page 28 of 38   Powered by **Intuit Payroll**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 |
| | | | | | Pay Period: 12/30/2017 - 01/05/2018 | | | Pay Date: 01/05/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 12:40 | | 157.97 | 157.97 |
| Holiday salary | 6:20 | | 78.99 | 78.99 |
| | 19:00 | | 236.96 | 236.96 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.27 | -4.27 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.69 | -14.69 |
| Medicare Employee | -3.44 | -3.44 |
| PA - Withholding | -7.27 | -7.27 |
| PA - Unemployment Employee | -0.14 | -0.14 |
| | -29.81 | -29.81 |

| Net Pay | 207.15 | 207.15 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | | 18:59 |
| Vacation | 0:37 | | 23:17 |

**PHILPOTT WILSON LLP**

**23860**

| Employee | | | | |
|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | |

| SSN | Status (Fed/State) |
|---|---|
| ***-**-3336 | Married/Withhold |
| Pay Period: 12/23/2017 - 12/29/2017 | |

| Allowances/Extra |
|---|
| Fed-1/0/PA-0/0 |
| Pay Date: 12/29/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary Vacation | 20:00 | | 234.62 | 547.45 |
| Salary | | | 0.00 | 11,186.18 |
| Sick salary | | | 0.00 | 78.21 |
| Holiday salary | | | 0.00 | 388.40 |
| Christmas bonus | | | 0.00 | 380.00 |
| | 20:00 | | 234.62 | 12,580.24 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | 6:40 | 18:40 |
| Vacation | 0:37 | 46:40 | 2:40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.22 | -226.28 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | -38.00 |
| Social Security Employee | -14.54 | -779.97 |
| Medicare Employee | -3.40 | -182.41 |
| PA - Withholding | -7.20 | -386.07 |
| PA - Unemployment Employee | -0.17 | -8.81 |
| | -29.53 | -1,621.54 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -186.25 |

| Net Pay | 205.09 | 10,772.45 |
|---|---|---|

Case 1:18-bk-02704-HWV   Doc 16   Filed 08/17/18   Entered 08/17/18 11:06:07   Desc

Philpott Wilson LLP, 227 No. High St., PO Box 116

Powered by **Intuit Payroll**

NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE
NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE
NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIA
NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON
NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIA
NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON
NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIABLE • NON-NEGOTIA

# PHILPOTT WILSON LLP

Employee
Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| ***-**-3336 | Married/Withhold | Fed-1/0/PA-0/0 |
| Pay Period: 12/16/2017 - 12/22/2017 | | Pay Date: 12/22/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 234.62 | 11,186.18 |
| Christmas bonus | | 380.00 | 380.00 | 380.00 |
| Sick salary | | | 0.00 | 78.21 |
| Salary Vacation | | | 0.00 | 312.83 |
| Holiday salary | | | 0.00 | 388.40 |
| | 20:00 | | 614.62 | 12,345.62 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | 6:40 | 18:21 |
| Vacation | 0:37 | 26:40 | 22:03 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -11.06 | -222.06 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -38.00 | -38.00 |
| Social Security Employee | -38.11 | -765.43 |
| Medicare Employee | -8.91 | -179.01 |
| PA - Withholding | -18.87 | -378.87 |
| PA - Unemployment Employee | -0.43 | -8.64 |
| | -115.38 | -1,592.01 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -186.25 |

Net Pay    499.24    10,567.36

Case 1:18-bk-02704-HWV    Doc 16    Filed 08/17/18    Entered 08/17/18 11:06:07    Desc

Philpott Wilson LLP, 227 No. High St., PO Box 116    Main Document    Page 32 of 38    Powered by **Intuit Payroll**

# PHILPOTT WILSON LLP

2384'1

| Employee | | | | SSN | Status (Fed/State) | | Allowances/Extra | |
|----------|---|---|---|-----|-------------------|---|------------------|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 | |
| | | | | Pay Period: 12/09/2017 - 12/15/2017 | | | Pay Date: 12/15/2017 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|--------------------|-----|------|---------|------------|
| Salary | 20:00 | | 234.62 | 10,951.56 |
| Sick salary | | | 0.00 | 78.21 |
| Salary Vacation | | | 0.00 | 312.83 |
| Holiday salary | | | 0.00 | 388.40 |
| | 20:00 | | 234.62 | 11,731.00 |

| Paid Time Off | Earned | YTD Used | Available |
|---------------|--------|----------|-----------|
| Sick | 0:19 | 6:40 | 18:02 |
| Vacation | 0:37 | 26:40 | 21:26 |

| Taxes | Current | YTD Amount |
|-------|---------|------------|
| Local - Susquenita | -4.22 | -211.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.54 | -727.32 |
| Medicare Employee | -3.40 | -170.10 |
| PA - Withholding | -7.20 | -360.00 |
| PA - Unemployment Employee | -0.16 | -8.21 |
| | -29.52 | -1,476.63 |

| Adjustments to Net Pay | Current | YTD Amount |
|------------------------|---------|------------|
| Wage Garnishment | 0.00 | -186.25 |

| Net Pay | 205.10 | 10,068.12 |
|---------|--------|-----------|

Case 1:18-bk-02704-HWV    Doc 16    Filed 08/17/18    Entered 08/17/18 11:06:07    Desc

Philpott Wilson LLP, 227 No. High St., PO Box 116    Main Document    Page 33 of 38    Powered by Intuit Payroll

**PHILPOTT WILSON LLP**

Employee
Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090

SSN     Status (Fed/State)     Allowances/Extra
***-**-3336     Married/Withhold     Fed-1/0/PA-0/0
Pay Period: 12/02/2017 - 12/08/2017     Pay Date: 12/08/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 20:00 | | 234.62 | 10,716.94 |
| Sick salary | | | 0.00 | 78.21 |
| Salary Vacation | | | 0.00 | 312.83 |
| Holiday salary | | | 0.00 | 388.40 |
| | 20:00 | | 234.62 | 11,496.38 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | 6:40 | 17:43 |
| Vacation | 0:37 | 26:40 | 20:49 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.22 | -206.78 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.55 | -712.78 |
| Medicare Employee | -3.40 | -166.70 |
| PA - Withholding | -7.20 | -352.80 |
| PA - Unemployment Employee | -0.17 | -8.05 |
| | -29.54 | -1,447.11 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -186.25 |

| Net Pay | 205.08 | 9,863.02 |
|---|---|---|

Case 1:18-bk-02704-HWV    Doc 16    Filed 08/17/18    Entered 08/17/18 11:06:07    Desc

Philpott Wilson LLP, 227 No. High St., PO Box 116      Main Document     Page 35 of 38      Powered by **Intuit** Payroll

**PHILPOTT WILSON LLP**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-3336 | Married/Withhold | | Fed-1/0/PA-0/0 | |
| | | | | | Pay Period: 11/25/2017 - 12/01/2017 | | | Pay Date: 12/01/2017 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 13:20 | | 156.41 | 10,482.32 |
| Salary Vacation | 6:40 | | 78.21 | 312.83 |
| Sick salary | | | 0.00 | 78.21 |
| Holiday salary | | | 0.00 | 388.40 |
| | 20:00 | | 234.62 | 11,261.76 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | 6:40 | 17:24 |
| Vacation | 0:37 | 26:40 | 20:12 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.22 | -202.56 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.55 | -698.23 |
| Medicare Employee | -3.41 | -163.30 |
| PA - Withholding | -7.20 | -345.60 |
| PA - Unemployment Employee | -0.16 | -7.88 |
| | -29.54 | -1,417.57 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -186.25 |

| Net Pay | 205.08 | 9,657.94 |
|---|---|---|

Philpott Wilson LLP, 227 No. High St., PO Box 116          Main Document          Page 37 of 38                    Powered by **Intuit Payroll**

**PHILPOTT WILSON LLP**

| Employee | | | | | | SSN | Status (Fed/State) | | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cheri Fleisher , 161 Delville Dam Road, Shermansdale, PA 17090 | | | | | | ***-**-3336 | Married/Withhold | | | Fed-1/0/PA-0/0 | |
| | | | | | | Pay Period: 11/18/2017 - 11/24/2017 | | | | Pay Date: 11/24/2017 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 13:20 | | 156.41 | 10,325.91 |
| Holiday salary | 6:40 | | 78.21 | 388.40 |
| Sick salary | | | 0.00 | 78.21 |
| Salary Vacation | | | 0.00 | 234.62 |
| | 20:00 | | 234.62 | 11,027.14 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:19 | 6:40 | 17:05 |
| Vacation | 0:37 | 20:00 | 26:15 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - Susquenita | -4.22 | -198.34 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.54 | -683.68 |
| Medicare Employee | -3.40 | -159.89 |
| PA - Withholding | -7.20 | -338.40 |
| PA - Unemployment Employee | -0.17 | -7.72 |
| | -29.53 | -1,388.03 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -186.25 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 205.09 | 9,452.86 |

Case 1:18-bk-02704-HWV    Doc 16    Filed 08/17/18    Entered 08/17/18 11:06:07    Desc

Philpott Wilson LLP, 227 No. High St., PO Box 116    Main Document    Page 38 of 38    Powered by **Intuit Payroll**