J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| Employee Pay Stub | Check number: DD2987 | Pay Period: 05/20/2018 - 05/26/2018 | Pay Date: 05/31/2018 |
|---|---|---|---|

**Employee**

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | ***-**-8727 | Single/Withhold | Fed-9/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 35.00 | 20.00 | 700.00 | 16,610.00 |
| Birthday Pay | 8.00 | 20.00 | 160.00 | 160.00 |
| Holiday (Tech) | | | | 320.00 |
| Overtime (Tech) | | | | 1,305.00 |
| Vacation (Tech) | | | | 480.00 |
| | 43.00 | | 860.00 | 18,875.00 |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ******0751 | | | 722.96 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -440.00 |
| Accident Insurance | -9.36 | -18.72 |
| | -29.36 | -458.72 |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -14.12 | -313.10 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -4.00 | -129.00 |
| Social Security Employee | -51.50 | -1,141.81 |
| Medicare Employee | -12.05 | -267.04 |
| PA - Withholding | -25.50 | -565.39 |
| PA - Unemployment Employee | -0.51 | -11.32 |
| | -107.68 | -2,427.66 |

| Net Pay | 722.96 | 15,988.62 |
|---|---|---|

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339


Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090


Direct Deposit

---

**Employee Pay Stub**     Check number: DD2969        Pay Period: 05/13/2018 - 05/19/2018     Pay Date: 05/24/2018

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|---|

Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090   \*\*\*-\*\*-8727   Single/Withhold   Fed-9/0/PA-0/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 15,910.00 |
| Overtime (Tech) | 2.00 | 30.00 | 60.00 | 1,305.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 42.00 | | 860.00 | 18,015.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -420.00 |
| Accident Insurance | -9.36 | -9.36 |
| | -29.36 | -429.36 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -14.12 | -298.98 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -4.00 | -125.00 |
| Social Security Employee | -51.50 | -1,090.31 |
| Medicare Employee | -12.04 | -254.99 |
| PA - Withholding | -25.50 | -539.89 |
| PA - Unemployment Employee | -0.52 | -10.81 |
| | -107.68 | -2,319.98 |

| **Net Pay** | **722.96** | **15,265.66** |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - \*\*\*\*\*\*0751 | | | 722.96 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

**Memo**
Direct Deposit

---

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

**Employee Pay Stub**     Check number: DD2951       Pay Period: 05/06/2018 - 05/12/2018       Pay Date: 05/17/2018

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | Single/Withhold | | Fed-9/0/PA-0/0 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 15,110.00 |
| Overtime (Tech) | 2.00 | 30.00 | 60.00 | 1,245.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 42.00 | | 860.00 | 17,155.00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -400.00 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Local Tax | -14.28 | -284.86 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -5.00 | -121.00 |
| Social Security Employee | -52.08 | -1,038.81 |
| Medicare Employee | -12.18 | -242.95 |
| PA - Withholding | -25.79 | -514.39 |
| PA - Unemployment Employee | -0.51 | -10.29 |
| | -109.84 | -2,212.30 |

| **Net Pay** | **730.16** | **14,542.70** |
|---|---|---|

| **Direct Deposit** | | | **Amount** |
|---|---|---|---|
| Checking - ******0751 | | | 730.16 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

**Memo**

Direct Deposit

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| **Employee Pay Stub** | | Check number: DD2933 | | | **Pay Period: 04/29/2018 - 05/05/2018** | | **Pay Date: 05/10/2018** |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | Single/Withhold | Fed-9/0/PA-0/0 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 14,310.00 |
| Holiday (Tech) | | | | 320.00 |
| Overtime (Tech) | | | | 1,185.00 |
| Vacation (Tech) | | | | 480.00 |
| | 40.00 | | 800.00 | 16,295.00 |

| **Direct Deposit** | **Amount** |
|---|---|
| Checking - ******0751 | 682.64 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -380.00 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Local Tax | -13.26 | -270.58 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -116.00 |
| Social Security Employee | -48.36 | -986.73 |
| Medicare Employee | -11.31 | -230.77 |
| PA - Withholding | -23.95 | -488.60 |
| PA - Unemployment Employee | -0.48 | -9.78 |
| | -97.36 | -2,102.46 |

| **Net Pay** | 682.64 | 13,812.54 |
|---|---|---|

**Memo**
Direct Deposit

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339


Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090


Direct Deposit


| **Employee Pay Stub** | | Check number: DD2914 | | **Pay Period: 04/22/2018 - 04/28/2018** | | **Pay Date: 05/03/2018** |
|---|---|---|---|---|---|---|

| **Employee** | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|

Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090     ***-**-8727    Single/Withhold      Fed-9/0/PA-0/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 13,510.00 |
| Overtime (Tech) | 4.00 | 30.00 | 120.00 | 1,185.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 44.00 | | 920.00 | 15,495.00 |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******0751 | | 776.66 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -360.00 |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -15.30 | -257.32 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -11.00 | -116.00 |
| Social Security Employee | -55.80 | -938.37 |
| Medicare Employee | -13.05 | -219.46 |
| PA - Withholding | -27.63 | -464.65 |
| PA - Unemployment Employee | -0.56 | -9.30 |
| | -123.34 | -2,005.10 |

| **Net Pay** | **776.66** | **13,129.90** |
|---|---|---|

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

**Employee Pay Stub**          Check number: DD2895          Pay Period: 04/15/2018 - 04/21/2018          Pay Date: 04/26/2018

| **Employee** | | | | | **SSN** | | | |
|---|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | | | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Direct Deposit** | | | **Amount** |
|---|---|---|---|---|---|---|---|---|
| Hourly (Tech) | 42.00 | 20.00 | 840.00 | 12,710.00 | Checking - ******0751 | | | 714.66 |
| Holiday (Tech) | | | | 320.00 | | | | |
| Overtime (Tech) | | | | 1,065.00 | **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Vacation (Tech) | | | | 480.00 | Vacation | 0.00 | | 24.00 |
| | 42.00 | | 840.00 | 14,575.00 | | | | |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | **Memo** | | | |
| Health Ins employee and spouse | | | -20.00 | -340.00 | Direct Deposit | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| Local Tax | | | -13.94 | -242.02 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -3.00 | -105.00 | | | | |
| Social Security Employee | | | -50.84 | -882.57 | | | | |
| Medicare Employee | | | -11.89 | -206.41 | | | | |
| PA - Withholding | | | -25.17 | -437.02 | | | | |
| PA - Unemployment Employee | | | -0.50 | -8.74 | | | | |
| | | | -105.34 | -1,881.76 | | | | |
| **Net Pay** | | | **714.66** | **12,353.24** | | | | |

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| Employee Pay Stub | Check number: DD2876 | Pay Period: 04/08/2018 - 04/14/2018 | Pay Date: 04/19/2018 |
|---|---|---|---|

| Employee | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | ***-**-8727 | Single/Withhold | Fed-9/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 11,870.00 |
| Overtime (Tech) | 6.00 | 30.00 | 180.00 | 1,065.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 46.00 | | 980.00 | 13,735.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -320.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -16.32 | -228.08 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -17.00 | -102.00 |
| Social Security Employee | -59.52 | -831.73 |
| Medicare Employee | -13.92 | -194.52 |
| PA - Withholding | -29.47 | -411.85 |
| PA - Unemployment Employee | -0.59 | -8.24 |
| | -136.82 | -1,776.42 |

| Net Pay | 823.18 | 11,638.58 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *********8830 | | | 823.18 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

Memo
Direct Deposit

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339


Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090


Direct Deposit


| **Employee Pay Stub** | | Check number: DD2857 | | | **Pay Period:** 04/01/2018 - 04/07/2018 | | **Pay Date:** 04/12/2018 | |
|---|---|---|---|---|---|---|---|---|

**Employee**

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|

Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090     \*\*\*-\*\*-8727    Single/Withhold     Fed-9/0/PA-0/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 11,070.00 |
| Overtime (Tech) | 3.00 | 30.00 | 90.00 | 885.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 43.00 | | 890.00 | 12,755.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -300.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -14.79 | -211.76 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -8.00 | -85.00 |
| Social Security Employee | -53.94 | -772.21 |
| Medicare Employee | -12.62 | -180.60 |
| PA - Withholding | -26.71 | -382.38 |
| PA - Unemployment Employee | -0.53 | -7.65 |
| | -116.59 | -1,639.60 |

| **Net Pay** | | **753.41** | **10,815.40** |
|---|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - \*\*\*\*\*\*\*\*8830 | | | 753.41 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

**Memo**
Direct Deposit


J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339


Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090


Direct Deposit

---

| Employee Pay Stub | | | Check number: DD2838 | | Pay Period: 03/25/2018 - 03/31/2018 | | Pay Date: 04/05/2018 | |
|---|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | Single/Withhold | | Fed-9/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 10,270.00 |
| Overtime (Tech) | 10.00 | 30.00 | 300.00 | 795.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 50.00 | | 1,100.00 | 11,865.00 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Health Ins employee and spouse | | | -20.00 | -280.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local Tax | | | -18.36 | -196.97 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -31.00 | -77.00 |
| Social Security Employee | | | -66.96 | -718.27 |
| Medicare Employee | | | -15.66 | -167.98 |
| PA - Withholding | | | -33.16 | -355.67 |
| PA - Unemployment Employee | | | -0.66 | -7.12 |
| | | | -165.80 | -1,523.01 |

| **Net Pay** | | | **914.20** | **10,061.99** |
|---|---|---|---|---|

| Direct Deposit | | | | Amount |
|---|---|---|---|---|
| Checking - *********8830 | | | | 914.20 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

Memo
Direct Deposit

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| Employee Pay Stub | Check number: DD2819 | Pay Period: 03/18/2018 - 03/24/2018 | Pay Date: 03/29/2018 |
|---|---|---|---|

| Employee | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | ***-**-8727 | Single/Withhold | | Fed-9/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 39.00 | 20.00 | 780.00 | 9,470.00 |
| Holiday (Tech) | | | | 320.00 |
| Overtime (Tech) | | | | 495.00 |
| Vacation (Tech) | | | | 480.00 |
| | 39.00 | | 780.00 | 10,765.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -260.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -12.92 | -178.61 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -46.00 |
| Social Security Employee | -47.12 | -651.31 |
| Medicare Employee | -11.02 | -152.32 |
| PA - Withholding | -23.33 | -322.51 |
| PA - Unemployment Employee | -0.47 | -6.46 |
| | -94.86 | -1,357.21 |

| Net Pay | 665.14 | 9,147.79 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *********8830 | | | 665.14 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

**Memo**

Direct Deposit

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

**Employee Pay Stub**       Check number: DD2800          Pay Period: 03/11/2018 - 03/17/2018       Pay Date: 03/22/2018

| **Employee** | | | | | **SSN** | | | |
|---|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | | | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 8,690.00 |
| Overtime (Tech) | 2.00 | 30.00 | 60.00 | 495.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 42.00 | | 860.00 | 9,985.00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -240.00 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Local Tax | -14.28 | -165.69 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -5.00 | -46.00 |
| Social Security Employee | -52.08 | -604.19 |
| Medicare Employee | -12.18 | -141.30 |
| PA - Withholding | -25.79 | -299.18 |
| PA - Unemployment Employee | -0.52 | -5.99 |
| | -109.85 | -1,262.35 |

| **Net Pay** | **730.15** | **8,482.65** |
|---|---|---|

| **Direct Deposit** | | | **Amount** |
|---|---|---|---|
| Checking - *********8830 | | | 730.15 |
| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Vacation | 0.00 | | 24.00 |

| **Memo** |
|---|
| Direct Deposit |

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| Employee Pay Stub | Check number: DD2781 | | | Pay Period: 03/04/2018 - 03/10/2018 | Pay Date: 03/15/2018 |
|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | ***-**-8727 | Single/Withhold | Fed-9/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 7,890.00 |
| Overtime (Tech) | 1.00 | 30.00 | 30.00 | 435.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 41.00 | | 830.00 | 9,125.00 |

| Direct Deposit | | | | Amount |
|---|---|---|---|---|
| Checking - *********8830 | | | | 706.91 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

**Memo**

Direct Deposit

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -220.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -13.77 | -151.41 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -2.00 | -41.00 |
| Social Security Employee | -50.22 | -552.11 |
| Medicare Employee | -11.74 | -129.12 |
| PA - Withholding | -24.87 | -273.39 |
| PA - Unemployment Employee | -0.49 | -5.47 |
| | -103.09 | -1,152.50 |

| Net Pay | 706.91 | 7,752.50 |
|---|---|---|

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339


Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| Employee Pay Stub | | Check number: DD2762 | | Pay Period: 02/25/2018 - 03/03/2018 | | Pay Date: 03/08/2018 |
|---|---|---|---|---|---|---|

**Employee**

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | ***-**-8727 | Single/Withhold | Fed-9/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 7,090.00 |
| Overtime (Tech) | 1.00 | 30.00 | 30.00 | 405.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 41.00 | | 830.00 | 8,295.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -13.77 | -137.64 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -2.00 | -39.00 |
| Social Security Employee | -50.22 | -501.89 |
| Medicare Employee | -11.75 | -117.38 |
| PA - Withholding | -24.87 | -248.52 |
| PA - Unemployment Employee | -0.50 | -4.98 |
| | -103.11 | -1,049.41 |

| Net Pay | 706.89 | 7,045.59 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *********8830 | | | 706.89 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

**Memo**

Direct Deposit

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| **Employee Pay Stub** | | Check number: DD2743 | | **Pay Period: 02/18/2018 - 02/24/2018** | | **Pay Date: 03/01/2018** |

| **Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | ***-**-8727 | Single/Withhold | Fed-9/0/PA-0/0 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 6,290.00 |
| Overtime (Tech) | 1.50 | 30.00 | 45.00 | 375.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 41.50 | | 845.00 | 7,465.00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -180.00 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Local Tax | -14.03 | -123.87 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -4.00 | -37.00 |
| Social Security Employee | -51.15 | -451.67 |
| Medicare Employee | -11.96 | -105.63 |
| PA - Withholding | -25.33 | -223.65 |
| PA - Unemployment Employee | -0.51 | -4.48 |
| | -106.98 | -946.30 |

| **Net Pay** | 718.02 | 6,338.70 |

| **Direct Deposit** | | | **Amount** |
|---|---|---|---|
| Checking - *********8830 | | | 718.02 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

**Memo**
Direct Deposit

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

**Employee Pay Stub**          Check number: DD2724          Pay Period: 02/11/2018 - 02/17/2018          Pay Date: 02/22/2018

| **Employee** | | **SSN** | |

Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090          ***-**-8727

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 5,490.00 |
| Overtime (Tech) | 3.50 | 30.00 | 105.00 | 330.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 43.50 | | 905.00 | 6,620.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -160.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -15.05 | -109.84 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -10.00 | -33.00 |
| Social Security Employee | -54.87 | -400.52 |
| Medicare Employee | -12.83 | -93.67 |
| PA - Withholding | -27.17 | -198.32 |
| PA - Unemployment Employee | -0.54 | -3.97 |
| | -120.46 | -839.32 |

| **Net Pay** | **764.54** | **5,620.68** |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *********8830 | | | 764.54 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | | 24.00 |

**Memo**

Direct Deposit

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

**Employee Pay Stub**     Check number: DD2705          Pay Period: 02/04/2018 - 02/10/2018     Pay Date: 02/15/2018

| **Employee** | | | | | **SSN** | | | |
|---|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 4,690.00 |
| Overtime (Tech) | 6.50 | 30.00 | 195.00 | 225.00 |
| Holiday (Tech) | | | | 320.00 |
| Vacation (Tech) | | | | 480.00 |
| | 46.50 | | 995.00 | 5,715.00 |

| Direct Deposit | Amount |
|---|---|
| Checking - *********8830 | 834.30 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | | 24.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -140.00 |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -16.58 | -94.79 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -19.00 | -23.00 |
| Social Security Employee | -60.45 | -345.65 |
| Medicare Employee | -14.14 | -80.84 |
| PA - Withholding | -29.93 | -171.15 |
| PA - Unemployment Employee | -0.60 | -3.43 |
| | -140.70 | -718.86 |

| **Net Pay** | **834.30** | **4,856.14** |
|---|---|---|

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

**Employee Pay Stub**  Check number:  Pay Period: 01/14/2018 - 01/20/2018  Pay Date: 01/25/2018

| **Employee** | | | | | **SSN** |
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Vacation (Tech) | 24.00 | 20.00 | 480.00 | 480.00 |
| Hourly (Tech) | 15.00 | 20.00 | 300.00 | 2,290.00 |
| Holiday (Tech) | | | | 320.00 |
| | 39.00 | | 780.00 | 3,090.00 |

| **Direct Deposit** | | | | **Amount** |
|---|---|---|---|---|
| Checking - *********8830 | | | | 665.15 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -80.00 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 0.00 | | 24.00 |

**Memo**

Direct Deposit

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Local Tax | -12.92 | -51.17 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -2.00 |
| Social Security Employee | -47.12 | -186.62 |
| Medicare Employee | -11.02 | -43.65 |
| PA - Withholding | -23.33 | -92.40 |
| PA - Unemployment Employee | -0.46 | -1.85 |
| | -94.85 | -377.69 |

| **Net Pay** | **665.15** | **2,632.31** |
|---|---|---|

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339


Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090


Direct Deposit

---

**Employee Pay Stub**    Check number:    Pay Period: 01/07/2018 - 01/13/2018    Pay Date: 01/18/2018

| Employee | | | | | SSN | | | |
|---|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 37.50 | 20.00 | 750.00 | 1,990.00 |
| Holiday (Tech) | | | | 320.00 |
| | 37.50 | | 750.00 | 2,310.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -60.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -12.41 | -38.25 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -2.00 |
| Social Security Employee | -45.26 | -139.50 |
| Medicare Employee | -10.59 | -32.63 |
| PA - Withholding | -22.41 | -69.07 |
| PA - Unemployment Employee | -0.45 | -1.39 |
| | -91.12 | -282.84 |

| **Net Pay** | **638.88** | **1,967.16** |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *********8830 | | | 638.88 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | | 48.00 |

**Memo**
Direct Deposit

---

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

**Employee Pay Stub**      Check number:          Pay Period: 12/31/2017 - 01/06/2018      Pay Date: 01/11/2018

| **Employee** | | | | | **SSN** | | |
|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Direct Deposit** | | **Amount** |
|---|---|---|---|---|---|---|---|
| Holiday (Tech) | 8.00 | 20.00 | 160.00 | 320.00 | Checking - *********8830 | | 664.14 |
| Hourly (Tech) | 31.00 | 20.00 | 620.00 | 1,240.00 | | | |
| | 39.00 | | 780.00 | 1,560.00 | **Paid Time Off** | **Earned** | **YTD Used** | **Available** |

| **Direct Deposit** | | **Amount** |
|---|---|---|
| Checking - *********8830 | | 664.14 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 0.00 | | 48.00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -40.00 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Local Tax | -12.92 | -25.84 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -1.00 | -2.00 |
| Social Security Employee | -47.12 | -94.24 |
| Medicare Employee | -11.02 | -22.04 |
| PA - Withholding | -23.33 | -46.66 |
| PA - Unemployment Employee | -0.47 | -0.94 |
| | -95.86 | -191.72 |
| **Net Pay** | **664.14** | **1,328.28** |

**Memo**
Direct Deposit

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| Employee Pay Stub | Check number: | | Pay Period: 12/24/2017 - 12/30/2017 | Pay Date: 01/04/2018 |
|---|---|---|---|---|

**Employee**

Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090

**SSN**

***-**-8727

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Holiday (Tech) | 8.00 | 20.00 | 160.00 | 160.00 |
| Hourly (Tech) | 31.00 | 20.00 | 620.00 | 620.00 |
| | 39.00 | | 780.00 | 780.00 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Health Ins employee and spouse | | | -20.00 | -20.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local Tax | | | -12.92 | -12.92 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -1.00 | -1.00 |
| Social Security Employee | | | -47.12 | -47.12 |
| Medicare Employee | | | -11.02 | -11.02 |
| PA - Withholding | | | -23.33 | -23.33 |
| PA - Unemployment Employee | | | -0.47 | -0.47 |
| | | | -95.86 | -95.86 |

| Net Pay | | | 664.14 | 664.14 |
|---|---|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *********8830 | | | 664.14 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | | 48.00 |

**Memo**

Direct Deposit

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

**Employee Pay Stub**  Check number: 27  Pay Period: 12/17/2017 - 12/23/2017  Pay Date: 12/28/2017

| **Employee** | | | | | **SSN** |
|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 39.00 | 20.00 | 780.00 | 39,210.00 |
| Holiday (Tech) | 3.00 | 20.00 | 60.00 | 1,020.00 |
| Bonus (Tech) | | | | 3,000.00 |
| Overtime (Tech) | | | | 5,070.00 |
| Vacation (Tech) | | | | 960.00 |
| Hourly (Low Voltage T... | | | | 240.00 |
| PREV WGE Humstwn... | | | | 31.14 |
| PREV WGE Humstwn... | | | | 227.05 |
| | 42.00 | | 840.00 | 49,758.19 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -60.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -13.94 | -844.95 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -7.00 | -1,161.00 |
| Social Security Employee | -50.84 | -3,081.29 |
| Medicare Employee | -11.89 | -720.62 |
| PA - Withholding | -25.17 | -1,525.73 |
| PA - Unemployment Employee | -0.59 | -34.83 |
| | -109.43 | -7,368.42 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Attachment | | -186.25 |

| Net Pay | 710.57 | 42,143.52 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - *********8830 | 710.57 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | | 48.00 |

**Memo**

Direct Deposit

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339


Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090


Direct Deposit

---

**Employee Pay Stub**　　　　Check number: DD2647　　　　Pay Period: 12/10/2017 - 12/16/2017　　　　Pay Date: 12/21/2017

| **Employee** | | | | | **SSN** |
|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 38,430.00 |
| Overtime (Tech) | 1.00 | 30.00 | 30.00 | 5,070.00 |
| Holiday (Tech) | | | | 960.00 |
| Bonus (Tech) | | | | 1,000.00 |
| Vacation (Tech) | | | | 960.00 |
| Hourly (Low Voltage T... | | | | 240.00 |
| PREV WGE Humstwn... | | | | 31.14 |
| PREV WGE Humstwn... | | | | 227.05 |
| | 41.00 | | 830.00 | 46,918.19 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -40.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -13.77 | -797.01 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -6.00 | -922.00 |
| Social Security Employee | -50.22 | -2,906.45 |
| Medicare Employee | -11.74 | -679.73 |
| PA - Withholding | -24.87 | -1,439.16 |
| PA - Unemployment Employee | -0.58 | -32.84 |
| | -107.18 | -6,777.19 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Attachment | | -186.25 |

| **Net Pay** | **702.82** | **39,914.75** |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *********8830 | | | 702.82 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | | 48.00 |

**Memo**

Direct Deposit

---

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

**Employee Pay Stub**          Check number: DD2647          Pay Period: 12/10/2017 - 12/16/2017          Pay Date: 12/21/2017

**Employee**                                                 **SSN**
Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090          ***-**-8727

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 38,430.00 |
| Overtime (Tech) | 1.00 | 30.00 | 30.00 | 5,070.00 |
| Holiday (Tech) | | | | 960.00 |
| Bonus (Tech) | | | | 1,000.00 |
| Vacation (Tech) | | | | 960.00 |
| Hourly (Low Voltage T... | | | | 240.00 |
| PREV WGE Humstwn... | | | | 31.14 |
| PREV WGE Humstwn... | | | | 227.05 |
| | 41.00 | | 830.00 | 46,918.19 |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *********8830 | | | 702.82 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0.00 | | 48.00 |

**Memo**
Direct Deposit

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -40.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -13.77 | -797.01 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -6.00 | -922.00 |
| Social Security Employee | -50.22 | -2,906.45 |
| Medicare Employee | -11.74 | -679.73 |
| PA - Withholding | -24.87 | -1,439.16 |
| PA - Unemployment Employee | -0.58 | -32.84 |
| | -107.18 | -6,777.19 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Attachment | | -186.25 |

| Net Pay | 702.82 | 39,914.75 |
|---|---|---|

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339


Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090


Direct Deposit


**Employee Pay Stub**    Check number: DD2628    Pay Period: 12/03/2017 - 12/09/2017    Pay Date: 12/14/2017

**Employee**

Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 37,630.00 |
| Overtime (Tech) | 2.50 | 30.00 | 75.00 | 5,040.00 |
| Holiday (Tech) | | | | 960.00 |
| Bonus (Tech) | | | | 1,000.00 |
| Vacation (Tech) | | | | 960.00 |
| Hourly (Low Voltage T... | | | | 240.00 |
| PREV WGE Humstwn... | | | | 31.14 |
| PREV WGE Humstwn... | | | | 227.05 |
| | 42.50 | | 875.00 | 46,088.19 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -20.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -14.54 | -783.24 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -11.00 | -916.00 |
| Social Security Employee | -53.01 | -2,856.23 |
| Medicare Employee | -12.40 | -667.99 |
| PA - Withholding | -26.25 | -1,414.29 |
| PA - Unemployment Employee | -0.61 | -32.26 |
| | -117.81 | -6,670.01 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Attachment | | -186.25 |

| Net Pay | 737.19 | 39,211.93 |
|---|---|---|

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| | ***-**-8727 | Single/Withhold | Fed-9/0/PA-0/0 |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - *********8830 | | 737.19 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 48.00 | 48.00 | 48.00 |

**Memo**

Direct Deposit


J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339


Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090


Direct Deposit


| **Employee Pay Stub** | | Check number: DD2609 | | | **Pay Period:** 11/26/2017 - 12/02/2017 | | **Pay Date:** 12/07/2017 |

| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | Single/Withhold | Fed-9/0/PA-0/0 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Vacation (Tech) | 16.00 | 20.00 | 320.00 | 960.00 |
| Hourly (Tech) | 24.50 | 20.00 | 490.00 | 36,830.00 |
| Holiday (Tech) | | | | 960.00 |
| Bonus (Tech) | | | | 1,000.00 |
| Overtime (Tech) | | | | 4,965.00 |
| Hourly (Low Voltage T... | | | | 240.00 |
| PREV WGE Humstwn... | | | | 31.14 |
| PREV WGE Humstwn... | | | | 227.05 |
| | 40.50 | | 810.00 | 45,213.19 |

| **Direct Deposit** | | | | **Amount** |
|---|---|---|---|---|
| Checking - *********8830 | | | | 702.83 |

| **Paid Time Off** | | Earned | YTD Used | Available |
|---|---|---|---|---|
| Vacation | | 0.00 | 48.00 | 0.00 |

**Memo**

Direct Deposit

| **Taxes** | Current | YTD Amount |
|---|---|---|
| Local Tax | -13.77 | -768.70 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -6.00 | -905.00 |
| Social Security Employee | -50.22 | -2,803.22 |
| Medicare Employee | -11.74 | -655.59 |
| PA - Withholding | -24.87 | -1,388.04 |
| PA - Unemployment Employee | -0.57 | -31.65 |
| | -107.17 | -6,552.20 |

| **Adjustments to Net Pay** | Current | YTD Amount |
|---|---|---|
| Wage Attachment | | -186.25 |

| **Net Pay** | 702.83 | 38,474.74 |


J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339