J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| **Employee Pay Stub** | Check number: DD3006 | Pay Period: 05/27/2018 - 06/02/2018 | Pay Date: 06/07/2018 |
|---|---|---|---|

| **Employee** | | | | **SSN** | | | |
|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | ***-**-8727 | | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Hourly (Tech) | 37.50 | 20.00 | 750.00 | 17,360.00 | Checking - ******0751 | | | 761.71 |
| Holiday (Tech) | 8.00 | 20.00 | 160.00 | 480.00 | **Paid Time Off** | Earned | YTD Used | Available |
| Overtime (Tech) | | | | 1,305.00 | | | | |
| Vacation (Tech) | | | | 480.00 | Vacation | 0.00 | | 24.00 |
| Birthday Pay | | | | 160.00 | | | | |
| | 45.50 | | 910.00 | 19,785.00 | **Memo** | | | |
| **Deductions From Gross** | | | Current | YTD Amount | Direct Deposit | | | |
| Health Ins employee and spouse | | | -20.00 | -460.00 | | | | |
| Accident Insurance | | | -9.36 | -28.08 | | | | |
| | | | -29.36 | -488.08 | | | | |
| **Taxes** | | | Current | YTD Amount | | | | |
| Local Tax | | | -14.97 | -328.07 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -9.00 | -138.00 | | | | |
| Social Security Employee | | | -54.60 | -1,196.41 | | | | |
| Medicare Employee | | | -12.77 | -279.81 | | | | |
| PA - Withholding | | | -27.04 | -592.43 | | | | |
| PA - Unemployment Employee | | | -0.55 | -11.87 | | | | |
| | | | -118.93 | -2,546.59 | | | | |
| **Net Pay** | | | 761.71 | 16,750.33 | | | | |

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| **Employee Pay Stub** | Check number: DD3025 | Pay Period: 06/03/2018 - 06/09/2018 | Pay Date: 06/14/2018 |

| **Employee** | | | | | **SSN** |
|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 18,160.00 |
| Overtime (Tech) | 7.50 | 30.00 | 225.00 | 1,530.00 |
| Holiday (Tech) | | | | 480.00 |
| Vacation (Tech) | | | | 480.00 |
| Birthday Pay | | | | 160.00 |
| | 47.50 | | 1,025.00 | 20,810.00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -480.00 |
| Accident Insurance | -9.36 | -37.44 |
| | -29.36 | -517.44 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Local Tax | -16.93 | -345.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -21.00 | -159.00 |
| Social Security Employee | -61.73 | -1,258.14 |
| Medicare Employee | -14.43 | -294.24 |
| PA - Withholding | -30.57 | -623.00 |
| PA - Unemployment Employee | -0.62 | -12.49 |
| | -145.28 | -2,691.87 |

| **Net Pay** | | 850.36 | 17,600.69 |

| **Direct Deposit** | | | **Amount** |
|---|---|---|---|
| Checking - ******0751 | | | 850.36 |
| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Vacation | 0.00 | | 24.00 |

**Memo**
Direct Deposit

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| **Employee Pay Stub** | Check number: DD3044 | Pay Period: 06/10/2018 - 06/16/2018 | Pay Date: 06/21/2018 |
|---|---|---|---|

| **Employee** | | | | | **SSN** | | | |
|---|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727 | | | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Direct Deposit** | | | **Amount** |
|---|---|---|---|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 18,960.00 | Checking - ******0751 | | | 850.36 |
| Overtime (Tech) | 7.50 | 30.00 | 225.00 | 1,755.00 | **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Holiday (Tech) | | | | 480.00 | | | | |
| Vacation (Tech) | | | | 480.00 | Vacation | 0.00 | | 24.00 |
| Birthday Pay | | | | 160.00 | | | | |
| | 47.50 | | 1,025.00 | 21,835.00 | **Memo** | | | |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | Direct Deposit | | | |
| Health Ins employee and spouse | | | -20.00 | -500.00 | | | | |
| Accident Insurance | | | -9.36 | -46.80 | | | | |
| | | | -29.36 | -546.80 | | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| Local Tax | | | -16.93 | -361.93 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -21.00 | -180.00 | | | | |
| Social Security Employee | | | -61.73 | -1,319.87 | | | | |
| Medicare Employee | | | -14.44 | -308.68 | | | | |
| PA - Withholding | | | -30.57 | -653.57 | | | | |
| PA - Unemployment Employee | | | -0.61 | -13.10 | | | | |
| | | | -145.28 | -2,837.15 | | | | |
| **Net Pay** | | | 850.36 | 18,451.05 | | | | |

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| **Employee Pay Stub** | Check number: DD3063 | Pay Period: 06/17/2018 - 06/23/2018 | Pay Date: 06/28/2018 |
|---|---|---|---|

| **Employee** | **SSN** |
|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | ***-**-8727 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 19,760.00 |
| Overtime (Tech) | 2.00 | 30.00 | 60.00 | 1,815.00 |
| Holiday (Tech) | | | | 480.00 |
| Vacation (Tech) | | | | 480.00 |
| Birthday Pay | | | | 160.00 |
| | 42.00 | | 860.00 | 22,695.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -520.00 |
| Accident Insurance | -9.36 | -56.16 |
| | -29.36 | -576.16 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -14.12 | -376.05 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -4.00 | -184.00 |
| Social Security Employee | -51.50 | -1,371.37 |
| Medicare Employee | -12.04 | -320.72 |
| PA - Withholding | -25.50 | -679.07 |
| PA - Unemployment Employee | -0.52 | -13.62 |
| | -107.68 | -2,944.83 |

| **Net Pay** | | 722.96 | 19,174.01 |
|---|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ******0751 | | | 722.96 |
| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Vacation | 0.00 | | 24.00 |

**Memo**

Direct Deposit

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| **Employee Pay Stub** | | Check number: DD3099 | | | **Pay Period:** 06/24/2018 - 06/30/2018 | **Pay Date:** 07/05/2018 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN**  **Status (Fed/State)** | **Allowances/Extra** |
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | | ***-**-8727  Single/Withhold | Fed-9/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly (Tech) | 40.00 | 20.00 | 800.00 | 20,560.00 |
| Holiday (Tech) | | | | 480.00 |
| Bonus (Tech) | | | | 1,500.00 |
| Overtime (Tech) | | | | 1,815.00 |
| Vacation (Tech) | | | | 480.00 |
| Birthday Pay | | | | 160.00 |
| | 40.00 | | 800.00 | 24,995.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -540.00 |
| Accident Insurance | -9.36 | -65.52 |
| | -29.36 | -605.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -13.10 | -414.65 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -266.00 |
| Social Security Employee | -47.78 | -1,512.15 |
| Medicare Employee | -11.18 | -353.65 |
| PA - Withholding | -23.66 | -748.78 |
| PA - Unemployment Employee | -0.48 | -15.00 |
| | -96.20 | -3,310.23 |

| **Net Pay** | | 674.44 | 21,079.25 |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ******0751 | | | 674.44 |
| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Vacation | 0.00 | 24.00 | 24.00 |
| **Memo** | | | |
| Direct Deposit | | | |

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339

J. A. Kolva, Inc.
847 Pinetown Road
Lewisberry, PA 17339

Heath B Fleisher
161 Dellville Dam Road
Shermansdale, PA 17090

Direct Deposit

| **Employee Pay Stub** | Check number: DD3118 | | | Pay Period: 07/01/2018 - 07/07/2018 | | Pay Date: 07/12/2018 | |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
|---|---|---|---|---|---|---|---|
| Heath B Fleisher, 161 Dellville Dam Road, Shermansdale, PA 17090 | | | | ***-**-8727 | Single/Withhold | Fed-9/0/PA-0/0 | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly (Tech) | 33.00 | 20.00 | 660.00 | 21,220.00 |
| Holiday (Tech) | 8.00 | 20.00 | 160.00 | 640.00 |
| Bonus (Tech) | | | | 1,500.00 |
| Overtime (Tech) | | | | 1,815.00 |
| Vacation (Tech) | | | | 480.00 |
| Birthday Pay | | | | 160.00 |
| | 41.00 | | 820.00 | 25,815.00 |

| **Direct Deposit** | | | **Amount** |
|---|---|---|---|
| Checking - ******0751 | | | 691.96 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 0.00 | 24.00 | 24.00 |

**Memo**

Direct Deposit

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Health Ins employee and spouse | -20.00 | -560.00 |
| Accident Insurance | -9.36 | -74.88 |
| | -29.36 | -634.88 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Local Tax | -13.44 | -428.09 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -266.00 |
| Social Security Employee | -49.02 | -1,561.17 |
| Medicare Employee | -11.46 | -365.11 |
| PA - Withholding | -24.27 | -773.05 |
| PA - Unemployment Employee | -0.49 | -15.49 |
| | -98.68 | -3,408.91 |

| **Net Pay** | | **691.96** | **21,771.21** |
|---|---|---|---|

J. A. Kolva, Inc., 847 Pinetown Road, Lewisberry, PA 17339