```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                          Case No. 18-02704-HWV
Cheri Jo Fleisher                                               Chapter 13
Heath Brian Fleisher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: DGeorge           Page 1 of 1            Date Rcvd: Apr 22, 2019
                             Form ID: ntcltrdb       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
5078252            PA Dept. of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                    Harrisburg, PA 17128-0432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5080836            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 22 2019 18:49:12
                    Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                    Harrisburg, PA  17128-0946
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Avail 1 LLC bkgroup@kmllawgroup.com
              Jerry A. Philpott    on behalf of Debtor 1 Cheri Jo Fleisher PhilpottJ@aol.com,
               campbellsk57@aol.com
              Jerry A. Philpott    on behalf of Debtor 2 Heath Brian Fleisher PhilpottJ@aol.com,
               campbellsk57@aol.com
              Keri P Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC, as Servicer For FV-I,
               Inc., in trust for Morgan Stanley Mortgage Capital Holdings, LLC kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cheri Jo Fleisher,

**Debtor 1**

Heath Brian Fleisher,

**Debtor 2**

Chapter 13

Case No. 1:18−bk−02704−HWV

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#9) has been filed by the Debtor on behalf of PA Dept of Revenue in the amount of $69.42.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 22, 2019 |

ntcltrdb 05/18