UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: §
§ CASE NO. 1:18-bk-02704-HWV
CHERI JO FLEISHER §
HEATH BRIAN FLEISHER §
    DEBTORS §

# NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| ARCPE 1 LLC c/o Specialized Loan Servicing, LLC | xxxx9228 |
|---|---|
| Creditor Name | Last Four Digits of Acct.# |

**Prior Name and Address where notices should be sent:**
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Phone: (800) 315-4757

**Prior Name and Address where payments should be sent:**
Specialized Loan Servicing LLC
PO Box 636007
Littleton, CO 80163

**Current Name and Address where notices should be sent:**
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Phone: (800) 315-4757

**Current Name and Address where payments should be sent:**
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Dated: 10/23/2020

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

4135-N-8055