IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                                 Case No. 18-bk-02704-HWV
                                                                               Chapter 13

Cheri Jo Fleisher
Heath Brian Fisher

Debtor(s).

## NOTICE OF APPEARANCE

**ARCPE 1 LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                                      **Steven K. Eisenberg, Esquire**
                                           **Stern & Eisenberg, PC**
                                       **1581 Main Street, Suite 200**
                                      **The Shops at Valley Square**
                                          **Warrington, PA 18976**

                                    By:   /s/ Steven K. Eisenberg
                                               Steven K. Eisenberg, Esquire
                                               Bar No: 75736
                                               Stern & Eisenberg, PC
                                               1581 Main Street, Suite 200
                                               The Shops at Valley Square
                                               Warrington, PA 18976
                                               Phone: (215) 572-8111
                                               Fax: (215) 572-5025
                                               seisenberg@sterneisenberg.com
                                               Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 24th day of May, 2022, to the following:

Jerry A. Philpott
PO Box 116
227 North High Street
Duncannon, PA 17020
PhilpottJ@aol.com
*Attorney for Debtor(s)*


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Cheri Jo Fleisher
161 Dellville Dam Road
Shermans Dale, PA 17090

Heath Brian Fisher
161 Dellville Dam Road
Shermans Dale, PA 17090
*Debtor(s)*


                        By:        /s/ Steven K. Eisenberg
                                  Steven K. Eisenberg, Esquire