| | |
|---|---|
| In re:<br>Cheri Jo Fleisher<br>Heath Brian Fleisher<br>    Debtors | Case No. 18-02704-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 07, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5153419 | + Email/Text: bkelectronicnoticecourtmail@computershare.com<br>    Jun 07 2022 18:43:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor ARCPE 1 LLC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Avail 1 LLC bkgroup@kmllawgroup.com |
| Jerry A. Philpott | on behalf of Debtor 1 Cheri Jo Fleisher PhilpottJ@aol.com campbellsk57@aol.com |
| Jerry A. Philpott | on behalf of Debtor 2 Heath Brian Fleisher PhilpottJ@aol.com campbellsk57@aol.com |

| | |
|---|---|
| Keri P Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC, as Servicer For FV-I, Inc., in trust for Morgan Stanley Mortgage Capital Holdings, LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Michael Joshua Shavel | on behalf of Creditor Avail 1 LLC mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Avail Holding LLC. bkgroup@kmllawgroup.com |
| Richard Postiglione | on behalf of Creditor Planet Home Lending  LLC as servicer for Avail 1 LLC bankruptcy@friedmanvartolo.com |
| Steven K Eisenberg | on behalf of Creditor ARCPE 1 LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-02704-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Cheri Jo Fleisher
161 Dellville Dam Road
Shermans Dale PA 17090

Heath Brian Fleisher
161 Dellville Dam Road
Shermans Dale PA 17090

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/07/2022.

Name and Address of Alleged Transferor(s):

Claim No. 6: Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111

Name and Address of Transferee:

ARCPE 1, LLC
c/o Planet Home Lending, LLC
321 Research Parkway, Suite 303
Meriden, CT 06450
ARCPE 1, LLC
c/o Planet Home Lending, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/09/22

Terrence S. Miller
**CLERK OF THE COURT**