IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Cheri Jo Fleisher Heath Brian Fleisher<br>Debtors | Case No.: 1:18-bk-02704-HWV<br><br>Chapter: 13 |
| | Planet Home Lending, LLC as servicer for Avail 1 LLC,<br>       Movant | Judge Henry W. Van Eck |
| | Cheri Jo Fleisher Heath Brian Fleisher<br>Jack N Zaharopoulos<br>Respondents | |

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Planet Home Lending, LLC as servicer for Avail 1 LLC and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for Planet Home Lending, LLC as servicer for Avail 1 LLC
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

    **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: October 11th, 2022

                                      By: /s/ *Lauren M. Moyer*
                                      Lauren M. Moyer, Esquire
                                      FRIEDMAN VARTOLO LLP
                                      Attorneys for Movant
                                      1325 Franklin Avenue, Suite 160
                                      Garden City, New York 11530
                                      T: (212) 471-5100
                                      F: (212) 471-5150
                                      Bankruptcy@FriedmanVartolo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy Case No. 1:18-bk-02704-HWV |
| Cheri Jo Fleisher | : | |
| Heath Brian Fleisher | : | Chapter 13 |
| Debtors | : | |
| | : | Judge: Henry W. Van Eck |
| Planet Home Lending, LLC as servicer for Avail 1 LLC | : | |
| Movant | : | |
| | : | |
| Cheri Jo Fleisher Heath Brian Fleisher | : | |
| Jack N Zaharopoulos | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 11th, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: October 11th, 2022

FRIEDMAN VARTOLO, LLP.

By: /s/ *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by NEF**

**Debtor's Counsel**
Jerry A. Philpott
PO Box 116
227 North High Street
Duncannon, PA 17020

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Trustee*

**ASST. U.S. Trustee**
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

**Service by First-Class Mail**

**Debtors**
Cheri Jo Fleisher
161 Dellville Dam Road
Shermans Dale, PA 17090

Heath Brian Fleisher
161 Dellville Dam Road
Shermans Dale, PA 17090