**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Cheri Jo Fleisher
      Heath Brian Fleisher

Case No.: 1-18-02704HWV

Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1:  MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Planet Home Lending |
| Court Claim Number: | 8 |
| Last Four of Loan Number: | 0810 |
| Property Address if applicable: | 161 Dellville Dam Rd |

**PART 2:  CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $19,922.00 |
| b. | Prepetition arrearages paid by the trustee: | $19,922.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $19,922.00 |

**PART 3:  POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  June 22, 2023

Respectfully submitted,

<u>/s/ Jack N. Zaharopoulos</u>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:     Cheri Jo Fleisher                                  Case No.: 1-18-02704HWV
        Heath Brian Fleisher

                                                           Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 22, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Jerry A Philpott, Esquire
227 N High St
PO Box 116
Duncannon PA 17020

**Served by First Class Mail**
Planet Home Lending LLC
321 Research Parkway #303
Meriden CT 06450

Cheri Jo Fleisher
Heath Brian Fleisher
161 Dellville Dam Rd
Shermans Dale PA 17090

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 22, 2023                          /s/  Liz Joyce
                                              Office of the Standing Chapter 13 Trustee
                                              Jack N. Zaharopoulos
                                              Suite A, 8125 Adams Dr.
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097
                                              email: info@pamd13trustee.com

# Disbursements for Claim

**Case: 18-02704     CHERI JO FLEISHER**

**PLANET HOME LENDING LLC**
321 RESEARCH PARKWAY STE

MERIDEN, CT  06450-

Acct No: 161 Delville Dam Rd - PRE-AF

ARREARS - 161 DELVILLE DAM ROAD

Sequence:  24
Modify:
Filed Date:
Hold Code:

| | | | Debt: | $19,922.00 | Interest Paid: | $0.00 |
| Amt Sched: | $149,647.88 | | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | | Paid: | $19,922.00 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PLANET HOME LENDING LLC** | | | | | | | |
| 520-0 | PLANET HOME LENDING LLC | | 01/18/2023 | 2021093 | $568.58 | $0.00 | $568.58 | 01/26/2023 |
| 520-0 | PLANET HOME LENDING LLC | | 12/13/2022 | 2020098 | $298.30 | $0.00 | $298.30 | 12/20/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 11/16/2022 | 2019143 | $596.61 | $0.00 | $596.61 | 12/08/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 10/18/2022 | 2018111 | $927.64 | $0.00 | $927.64 | 10/25/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 09/13/2022 | 2017040 | $314.67 | $0.00 | $314.67 | 09/20/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 08/17/2022 | 2016037 | $944.00 | $0.00 | $944.00 | 08/25/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 07/13/2022 | 2014964 | $585.71 | $0.00 | $585.71 | 07/21/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 06/14/2022 | 2013997 | $292.86 | $0.00 | $292.86 | 06/27/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 05/17/2022 | 2012965 | $878.56 | $0.00 | $878.56 | 05/25/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 04/12/2022 | 2011885 | $292.85 | $0.00 | $292.85 | 04/25/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 03/16/2022 | 2010866 | $878.57 | $0.00 | $878.57 | 03/28/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 02/16/2022 | 2009873 | $292.85 | $0.00 | $292.85 | 02/25/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 01/19/2022 | 2008902 | $877.66 | $0.00 | $877.66 | 01/26/2022 |
| 520-0 | PLANET HOME LENDING LLC | | 12/15/2021 | 2007889 | $584.80 | $0.00 | $584.80 | 12/31/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest Disb | Descrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------|--------|-------|------------|
| 520-0 | PLANET HOME LENDING LLC | | 11/16/2021 | 2006868 | $584.80 | $0.00 | | $584.80 | 12/01/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 10/14/2021 | 2005837 | $1,204.20 | $0.00 | | $1,204.20 | 10/26/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 08/18/2021 | 2003789 | $602.10 | $0.00 | | $602.10 | 08/26/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 07/14/2021 | 2002717 | $602.10 | $0.00 | | $602.10 | 07/26/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 06/16/2021 | 2001740 | $602.10 | $0.00 | | $602.10 | 06/25/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 05/18/2021 | 2000741 | $582.89 | $0.00 | | $582.89 | 05/27/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 04/15/2021 | 1229357 | $313.38 | $0.00 | | $313.38 | 04/29/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 03/17/2021 | 1228347 | $313.37 | $0.00 | | $313.37 | 03/24/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 02/17/2021 | 1227329 | $313.38 | $0.00 | | $313.38 | 02/25/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 01/19/2021 | 1226312 | $313.38 | $0.00 | | $313.38 | 01/25/2021 |
| 520-0 | PLANET HOME LENDING LLC | | 12/10/2020 | 1224528 | $635.71 | $0.00 | | $635.71 | 12/16/2020 |
| 520-0 | PLANET HOME LENDING LLC | | 10/15/2020 | 1222752 | $354.22 | $0.00 | | $354.22 | 10/26/2020 |
| 520-0 | PLANET HOME LENDING LLC | | 09/17/2020 | 1221760 | $354.21 | $0.00 | | $354.21 | 10/07/2020 |
| 520-0 | PLANET HOME LENDING LLC | | 08/12/2020 | 1220699 | $354.21 | $0.00 | | $354.21 | 08/19/2020 |
| 520-0 | PLANET HOME LENDING LLC | | 07/07/2020 | 1219657 | $531.31 | $0.00 | | $531.31 | 07/14/2020 |
| 520-0 | PLANET HOME LENDING LLC | | 06/02/2020 | 1218632 | $398.49 | $0.00 | | $398.49 | 06/11/2020 |
| 520-0 | PLANET HOME LENDING LLC | | 05/06/2020 | 1217655 | $354.21 | $0.00 | | $354.21 | 05/14/2020 |
| 520-0 | PLANET HOME LENDING LLC | | 04/14/2020 | 1216642 | $642.60 | $0.00 | | $642.60 | 04/22/2020 |
| 520-0 | PLANET HOME LENDING LLC | | 02/13/2020 | 1214051 | $321.30 | $0.00 | | $321.30 | 02/20/2020 |
| 520-0 | PLANET HOME LENDING LLC | | 01/16/2020 | 1212703 | $321.30 | $0.00 | | $321.30 | 01/22/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 520-0 | PLANET HOME LENDING LLC | | 12/12/2019 | 1211336 | $321.30 | $0.00 | $321.30 | 12/18/2019 |
| 520-0 | PLANET HOME LENDING LLC | | 11/07/2019 | 1209968 | $741.37 | $0.00 | $741.37 | 11/14/2019 |
| 520-0 | PLANET HOME LENDING LLC | | 10/10/2019 | 1208813 | $43.91 | $0.00 | $43.91 | 10/16/2019 |
| 520-0 | PLANET HOME LENDING LLC | | 09/26/2019 | 1207704 | $609.16 | $0.00 | $609.16 | 10/01/2019 |
| 520-0 | PLANET HOME LENDING LLC | | 08/07/2019 | 1206215 | $173.34 | $0.00 | $173.34 | 08/14/2019 |

**Sub-totals:** $19,922.00    $0.00   **$19,922.00**

**Grand Total:** $19,922.00    **$0.00**