**Fill in this information to identify the case:**

Debtor 1   Cheri Jo Fleisher

Debtor 2   Heath Brian Fleisher
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   18-02704 HWV

Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of Creditor:**   Avail Holding LLC            **Court claim no. (if known):**   8-3

**Last 4 digits** of any number you use to identify the debtor's account:   0810
**Property address:**
161 Dellville Dam Road
Shermans Dale, PA 17090

## Part 2:   Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3:   Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   07 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                            (a)   $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:      + (b)   $ _____
c.   **Total.** Add lines a and b.                                        (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

| Debtor(s) | Cheri Jo Fleisher and Heath Brian Fleisher | Case Number (if known): 18-02704 HWV |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ 
Denise Carlon
13 Jul 2023, 14:47:05, EDT

Date    07/13/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Heath Brian Fleisher**<br>    **Cheri Jo Fleisher**<br>                      **Debtor(s)**<br><br>**Avail Holdings LLC**<br>                      **Movant**<br>    **vs.**<br><br>**Heath Brian Fleisher**<br>**Cheri Jo Fleisher**<br>                      **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>                      **Trustee** | **BK NO. 18-02704 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8-3** |

## CERTIFICATE OF SERVICE
## RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 13, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Heath Brian Fleisher
161 Dellville Dam Road
Shermans Dale, PA 17090

Cheri Jo Fleisher
161 Dellville Dam Road
Shermans Dale, PA 17090

Attorney for Debtor(s) (via ECF)
Jerry A. Philpott, Esq.
P.O. Box 116
227 Nort High Street
Duncannon, PA 17020

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: July 13, 2023

                                                            */s/ Denise Carlon*
                                                            Denise Carlon Esquire
                                                            Attorney I.D. 317226
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106
                                                            201-549-2363
                                                            dcarlon@kmllawgroup.com