United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-02704-HWV
Cheri Jo Fleisher  Chapter 13
Heath Brian Fleisher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Jul 24, 2023      Form ID: 3180W      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cheri Jo Fleisher, Heath Brian Fleisher, 161 Dellville Dam Road, Shermans Dale, PA 17090-8209 |
| cr | + | Planet Home Lending, LLC as servicer for Avail 1 L, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 5078236 | | Belco Community Credit Union, PO Box 82, Harrisburg, PA 17108-0082 |
| 5078239 | | Bureau of Collections and Taxpayer, PO Box 281041, Harrisburg, PA 17128-1041 |
| 5078241 | + | Commercial Acceptance, 2 W. Main Street, Shiremanstown, PA 17011-6326 |
| 5078249 | + | LVNV Funding LLC c/o Resurgent Cap, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5078252 | | PA Dept. of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 5078253 | + | Pinnacle Health Hospitals, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5078254 | + | Planet Home Servicing, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 5078255 | | Santander Consumer, P.O. Box 961245, Terrell, TX 75161 |
| 5078256 | | Specialized Loan Servicing LLC, PO Box 105219, Atlanta, GA 30348-5219 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 24 2023 18:35:00 | ARCPE 1 LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 24 2023 18:35:00 | ARCPE 1 LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: BKMAIL@planethomelending.com | Jul 24 2023 18:35:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 5476572 | ^ | MEBN | Jul 24 2023 18:32:45 | ARCPE 1 LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5478804 | + | Email/Text: BKMAIL@planethomelending.com | Jul 24 2023 18:35:00 | ARCPE 1, LLC, c/o Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 5478805 | + | Email/Text: BKMAIL@planethomelending.com | Jul 24 2023 18:35:00 | ARCPE 1, LLC, c/o Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450, ARCPE 1, LLC, c/o Planet Home Lending, LLC 06450-8342 |
| 5086843 | | Email/Text: rmcollections@belco.org | Jul 24 2023 18:35:00 | Belco Community Credit Union, 449 Eisenhower Blvd Ste 200, Harrisburg, PA 17111 |
| 5078235 | | Email/Text: rmcollections@belco.org | Jul 24 2023 18:35:00 | Belco Community Credit Union, 449 Eisenhower Road, Harrisburg, PA 17111 |
| 5078237 | | EDI: HFC.COM | Jul 24 2023 22:32:00 | Beneficial Finance, PO Box 17574, Baltimore, |

District/off: 0314-1   User: AutoDocke   Page 2 of 4
Date Rcvd: Jul 24, 2023   Form ID: 3180W   Total Noticed: 40

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MD 21297-1574 |
| 5078238 | | Email/Text: Bankruptcy@BAMcollections.com | Jul 24 2023 18:35:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5078240 | + | EDI: CAPIO.COM | Jul 24 2023 22:32:00 | Capio Partners, 2222 Texoma Parkway, Sherman, TX 75090-2481 |
| 5078242 | | Email/Text: dylan.succa@commercialacceptance.net | Jul 24 2023 18:35:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5078244 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2023 18:44:26 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5102172 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 24 2023 18:35:00 | FV-I, Inc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5078246 | ^ | MEBN | Jul 24 2023 18:32:43 | Financial Recoveries, 200 E. Park Drive, Ste. 100, Mount Laurel, NJ 08054-1297 |
| 5078247 | | Email/Text: crdept@na.firstsource.com | Jul 24 2023 18:35:00 | Firstsource Advantage, LLC, P.O. Box 628, Buffalo, NY 14240-0628 |
| 5078248 | | EDI: LCIICSYSTEM | Jul 24 2023 22:32:00 | I C Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 5102419 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2023 18:44:21 | LVNV Funding, LLC its successors and assigns as, assignee of HSBC Private Label, Acquisition Corporation (USA), Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5097856 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2023 18:44:22 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5078250 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2023 18:35:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5078251 | + | Email/Text: Bankruptcies@nragroup.com | Jul 24 2023 18:35:00 | NTL Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5078589 | + | EDI: RECOVERYCORP.COM | Jul 24 2023 22:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5080836 | | EDI: PENNDEPTREV | Jul 24 2023 22:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5080836 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 24 2023 18:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5103889 | + | Email/Text: BKMAIL@planethomelending.com | Jul 24 2023 18:35:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 5500417 | ^ | MEBN | Jul 24 2023 18:32:44 | Planet Home Lending, LLC as servicer for Avail 1 L, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5087723 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2023 18:35:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5078257 | | Email/Text: amieg@stcol.com | Jul 24 2023 18:35:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716 |
| 5153418 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 24 2023 18:35:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5078258 | ^ | MEBN | Jul 24 2023 18:32:40 | Tate & Kirlin Associates, Suite 240, 580 Middletown Blvd, Langhorne, PA 19047-1876 |

TOTAL: 30

Case 1:18-bk-02704-HWV   Doc 60   Filed 07/26/23   Entered 07/27/23 00:24:45   Desc
Imaged Certificate of Notice   Page 2 of 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5078243 | | Credit One |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Planet Home Lending, LLC as servicer for Avail 1 L, c/o Friedman Vartolo LLP, 1325 Franklin Ave Suite 160, Garden City, NY 11530-1631 |
| 5153419 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5078245 | ## | Drayer Physical Therapy Institute, 5300 Derry Street, Harrisburg, PA 17111-3576 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Avail Holding LLC. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor ARCPE 1 LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Avail Holding LLC. bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Avail 1 LLC bkgroup@kmllawgroup.com |
| Jerry A. Philpott | on behalf of Debtor 1 Cheri Jo Fleisher PhilpottJ@aol.com  campbellsk57@aol.com |
| Jerry A. Philpott | on behalf of Debtor 2 Heath Brian Fleisher PhilpottJ@aol.com  campbellsk57@aol.com |
| Keri P Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC, as Servicer For FV-I, Inc., in trust for Morgan Stanley Mortgage Capital Holdings, LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| Michael Joshua Shavel | on behalf of Creditor Avail 1 LLC mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Richard Postiglione | on behalf of Creditor Planet Home Lending  LLC as servicer for Avail 1 LLC bankruptcy@friedmanvartolo.com |
| Steven K Eisenberg | on behalf of Creditor ARCPE 1 LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Cheri Jo Fleisher (First Name / Middle Name / Last Name) | | Social Security number or ITIN: xxx–xx–3336<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Heath Brian Fleisher (First Name / Middle Name / Last Name) | | Social Security number or ITIN: xxx–xx–8727<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:18-bk-02704-HWV | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cheri Jo Fleisher        Heath Brian Fleisher

7/24/23

**By the court:** _(signed)_ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**