United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-02704-HWV |
| Cheri Jo Fleisher | Chapter 13 |
| Heath Brian Fleisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1　　　　　　　　　　User: AutoDocke　　　　　　　　　　Page 1 of 2
Date Rcvd: Aug 15, 2023　　　　　　　　Form ID: fnldec　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**
+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cheri Jo Fleisher, Heath Brian Fleisher, 161 Dellville Dam Road, Shermans Dale, PA 17090-8209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Avail Holding LLC. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor ARCPE 1 LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Avail Holding LLC. bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Avail 1 LLC bkgroup@kmllawgroup.com |
| Jerry A. Philpott | |

Jerry A. Philpott
    on behalf of Debtor 1 Cheri Jo Fleisher PhilpottJ@aol.com campbellsk57@aol.com

    on behalf of Debtor 2 Heath Brian Fleisher PhilpottJ@aol.com campbellsk57@aol.com

Keri P Ebeck
    on behalf of Creditor Specialized Loan Servicing LLC, as Servicer For FV-I, Inc., in trust for Morgan Stanley Mortgage Capital Holdings, LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com

Michael Joshua Shavel
    on behalf of Creditor Avail 1 LLC mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Richard Postiglione
    on behalf of Creditor Planet Home Lending LLC as servicer for Avail 1 LLC bankruptcy@friedmanvartolo.com

Steven K Eisenberg
    on behalf of Creditor ARCPE 1 LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cheri Jo Fleisher,             Chapter     13

**Debtor 1**

Case No.     1:18−bk−02704−HWV

Heath Brian Fleisher,

**Debtor 2**

Social Security No.:
           xxx−xx−3336       xxx−xx−8727

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 15, 2023

**fnldec** (01/22)